# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

ANTHONY E. SCOTT JR.
Reg. #22294-076                                                          PETITIONER

v.                              No. 2:20-cv-253-DPM

JOHN P. YATES,* Warden,
FCC Forrest City                                                         RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, *Doc. 12*, and overrules Scott's objections, *Doc. 13*. FED. R. CIV. P. 72(b)(3). Scott hasn't cleared the high bar of showing that § 2255 is inadequate or ineffective in his case. *United States v. Lurie*, 207 F.3d 1075, 1077 (8th Cir. 2000). Scott's § 2241 petition will be dismissed without prejudice for lack of jurisdiction.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

21 June 2021

---

* John P. Yates has replaced Dewayne Hendrix as the Warden of FCC Forrest City. The Court directs the Clerk to update the docket.