# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

ANTHONY E. SCOTT JR.
Reg. #22294-076                                                    PETITIONER

v.                         No. 2:20-cv-253-DPM

JOHN P. YATES, Warden,
FCC Forrest City                                                   RESPONDENT

## JUDGMENT

Scott's § 2241 petition is dismissed without prejudice for lack of jurisdiction.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 June 2021